No. 19-3827

In the
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

In re: NATIONAL PRESCRIPTION OPIATE LITIGATION

STATE OF OHIO,

    Petitioner.

Appeal from the United States District Court
Northern District of Ohio at Cleveland
Honorable Dan Aaron Polster

**MOTION TO FILE BRIEF OF AMICI CURIAE STATES OF MICHIGAN, ALASKA, ARIZONA, CONNECTICUT, HAWAII, INDIANA, KANSAS, MONTANA, NEBRASKA, NORTH DAKOTA, SOUTH DAKOTA, TENNESSEE, TEXAS, AND DISTRICT OF COLUMBIA IN SUPPORT OF THE STATE OF OHIO'S PETITION FOR WRIT OF MANDAMUS**

The State of Michigan, by its attorneys, Dana Nessel, Attorney General for the State of Michigan, and Fadwa Hammoud, Solicitor General, and Deputy Solicitor General Ann Sherman, and on behalf of the other Amici States, pursuant to Federal Rule of Appellate Procedure 27(a), asks this Court to enter enable these States to file an amicus brief in support of the State of Ohio's action for mandamus in the above matter. The State of Michigan on behalf of itself and on behalf of the amici States argues the following in support of its motion to file:

1. On August 30, 2019, the State of Ohio filed a mandamus action in this Court, asking this Court to either delay or dismiss the two pending actions by the local governments against Purdue Pharma in the Northern District of Ohio, seeking redress for injuries arising from the opioid crisis.

2. The Federal Rules of Appellate Procedure allow the States to file an amicus brief without seeking consent, Fed. R. App. P. 29(a)(2), and provide for filing no later than seven days after the filing of the principal brief that the amicus brief supports, *id.* at 29(a)(6), but the rules make no express provision for amicus briefs in support of briefs that advance an extraordinary writ as here.

3. Consistent with Rule 29, the State of Michigan and the Amici States ask this Court for leave to file an amicus brief in this matter that relates directly to the authority of the States (1) to manage litigation that affects all of the communities within the State and (2) to ensure that any relief that is obtained is distributed fairly to those communities that have been harmed most deeply by the opioid crisis, as measured by deaths and economic loss. See proposed amicus brief filed contemporaneously with this motion.

4. The State of Michigan and the Amici States contend that this Court would be assisted by the additional arguments raised by this amicus brief in considering whether to grant the State of Ohio's request for relief.

Wherefore, the State of Michigan and the Amici States ask this Court to grant this motion and accept the amicus brief in support of the State of Ohio's mandamus action.

Respectfully submitted,

Dana Nessel
Michigan Attorney General

Fadwa A. Hammoud (P74185)
Solicitor General

D.J. Pascoe (P54041)
Opinions Division Chief

*/s/ Ann M. Sherman (P67762)*
B. Eric Restuccia (P49550)
Deputy Solicitors General
Co-Counsel of Record
Attorneys for Amicus Curiae State of Michigan
P.O. Box 30212, Lansing, MI 48909
517-335-7628
ShermanA@michigan.gov

**Kevin G. Clarkson**
Attorney General
State of Alaska
P.O. Box 110300
Juneau, AK 99811

**Mark Brnovich**
Attorney General
State of Arizona
1275 W. Washington St.
Phoenix, AZ 85007

**William Tong**
Attorney General
State of Connecticut
55 Elm Street
Hartford, CT 06106

**Karl A. Racine**
Attorney General for the District of Columbia
441 4th Street, NW
Suite 630 South
Washington, D.C. 20001

**Clare E. Connors**
Attorney General
State of Hawaii
425 Queen St.
Honolulu, HI 96813

**Curtis T. Hill, Jr.**
Attorney General
State of Indiana
200 W. Washington St., Rm. 219
Indianapolis, IN 46204

**Derek Schmidt**
Attorney General
State of Kansas
120 S.W. 10th Ave., 2nd Fl.
Topeka, KS 66612-1597

**Timothy C. Fox**
Attorney General
State of Montana
P.O. Box 201401
Helena, MT 59620-1404

**Douglas J. Peterson**
Attorney General
State of Nebraska
2115 State Capitol Bldg.
Lincoln, NE 68509

**Wayne Stenehjem**
Attorney General
State of North Dakota
600 E. Boulevard Ave.
Bismarck, ND 58505-0040

**Jason Ravnsborg**
Attorney General
State of South Dakota
1302 E. Highway 14, Ste. 1
Pierre, SD 57501-8501

**Herbert H. Slatery III**
Attorney General and Reporter
State of Tennessee
301 6th Ave. N.
Nashville, TN 37243

**Ken Paxton**
Attorney General
State of Texas
P.O. Box 12548
Austin, TX 78711-2548

# CERTIFICATE OF SERVICE

I certify that on September 6, 2019, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

*/s/ Ann M. Sherman (P67762)*
B. Eric Restuccia (P49550)
Deputy Solicitors General
Co-Counsel of Record
Attorneys for Amicus Curiae
State of Michigan
P.O. Box 30212
Lansing, MI 48909
517-335-7628
ShermanA@michigan.gov
