IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

IN RE: STATE OF OHIO

No. 19-3827

**MOTION OF THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA FOR LEAVE TO FILE A BRIEF AS AMICUS CURIAE IN SUPPORT OF PETITIONER STATE OF OHIO**

The Chamber of Commerce of the United States of America ("Chamber") requests leave to file the accompanying brief as *amicus curiae* in support of the State of Ohio's petition for writ of mandamus. In support of this motion, the Chamber states:

1. The Chamber is the world's largest business federation. It represents approximately 300,000 direct members and indirectly represents the interests of more than three million companies and professional organizations of every size, in every sector, and from every region of the country. An important function of the Chamber is to represent the interests of its members in matters before Congress, the

Executive Branch, and the courts. To that end, the Chamber regularly files *amicus curiae* briefs in cases that raise issues of concern to the Nation's business community.

**2.** Although the dispute underlying the State of Ohio's mandamus petition concerns litigation relating to the opioid epidemic, the Chamber is not participating because of that subject matter. Rather, the Chamber seeks to file this brief because the State's petition concerns the troubling surge of civil lawsuits against businesses brought by cities, counties, and other municipalities. Indeed, the Chamber has participated as *amicus curiae* in a number of cases arguing against municipalities pursuing litigation beyond their authority.

**3.** The Chamber is uniquely situated to assist the Court in understanding the underexplored dangers of this trend of affirmative municipal litigation. Not only have its members been involved in such litigation themselves, but the Chamber's Institute for Legal Reform recently published an in-depth report on the subject. *See* U.S. Chamber Institute for Legal Reform, Mitigating Municipal Litigation: Scope and Solutions (Mar. 2019), https://www.instituteforlegalreform.com/research/mitigating-municipality-litigation-scope-and-solutions.

4. Due to the short deadline for filing this *amicus curiae* brief and the unique nature and long list of parties involved in this mandamus petition and underlying MDL litigation, it was not feasible for the Chamber secure the consent of all parties involved in this matter.

\* \* \*

Accordingly, the Chamber respectfully requests the Court to grant its motion for leave to file a brief as *amicus curiae* in support of Petitioner State of Ohio and to deem the accompanying brief filed.

Respectfully submitted,

September 6, 2019

Steven P. Lehotsky
Tara S. Morrissey
Jonathan D. Urick
U.S. CHAMBER
LITIGATION CENTER
1615 H St., N.W.
Washington, D.C. 20062
(202) 463-5337

/s/ Christopher J. Walker
Christopher J. Walker
  *Counsel of Record*
THE OHIO STATE UNIVERSITY
MORITZ COLLEGE OF LAW\*
55 West 12th Avenue
Columbus, OH 43210-1391
(614) 247-1898
christopher.j.walker@gmail.com
  \* *Institutional affiliation provided for identification purposes only.*

*Counsel for* Amicus Curiae

# CERTIFICATE OF SERVICE

I certify that on the date indicated below, I filed the forgoing motion using this Court's Appellate CM/ECF system. I have also served this motion and accompanying brief via email on all of the parties listed in the service list appended to the State of Ohio's mandamus petition.

September 6, 2019

/s/ Christopher J. Walker
Christopher J. Walker
  *Counsel of Record*
THE OHIO STATE UNIVERSITY
MORITZ COLLEGE OF LAW
55 West 12th Avenue
Columbus, OH 43210-1391
(614) 247-1898
christopher.j.walker@gmail.com