# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
CASE NO. 19-3827

ON PETITION FOR WRIT OF MANDAMUS FROM
THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO
CASE NOS. 1:18-OP-45090, 1:17-OP-45004
(UNDER LEAD CASE NO. 1:17-MD-02804)

*IN RE* STATE OF OHIO

**MOTION OF AMANDA HANLON AND AMY GARDNER
FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF
PETITIONER STATE OF OHIO**

MARTZELL, BICKFORD & CENTOLA
Scott R. Bickford
338 Lafayette St.
New Orleans, LA 70130
Tel: 504-581-9065
Fax: 504-581-7635
Email: SRB@MBfirm.com

Attorneys for Amici Curiae Amanda Hanlon and Amy Gardner

Amici Curiae Amanda Hanlon and Amy Gardner move for leave, under Fed. R. App. P. 29(a)(2), to file a brief in support of the State of Ohio's petition for a writ of mandamus. As grounds for their motion, Ms. Hanlon and Ms. Gardner state the following:

1. Ms. Hanlon and Ms. Gardner are plaintiffs in a civil action in the United States District Court for the Northern District of Ohio, Case No. 1:19-op-45206. Their action is consolidated in the same multidistrict litigation, MDL No. 2804, as the cases that give rise to the State of Ohio's petition.

2. Ms. Hanlon and Ms. Gardner brought their action to seek urgent equitable relief against a number of pharmaceutical defendants, on behalf of a class of women of child-bearing age who are at risk for delivering babies afflicted with neonatal abstinence syndrome due to maternal ingestion of opiates.

3. The needs of the class members whom Ms. Hanlon and Ms. Gardner seek to represent are urgent and immediate. But the district court has refused to permit Ms. Hanlon and Ms. Gardner even to pursue preliminary-injunctive relief, which is the subject of their separate appeal to this Court in Case No. 19-3398. The district court has chosen instead

dedicated its "limited resources" (Order, RE 8 in Case No. 1:19-op-45206, PageID # 1448) to the claims brought by political subdivisions.

4. Ms. Hanlon and Ms. Gardner support the State of Ohio's petition and wish to demonstrate, through an amicus brief, that the political-subdivision cases that the State of Ohio seeks to halt are cases that are not justiciable in a federal court and therefore should not be permitted to exhaust the district court's resources, leaving that court unable to address claims of plaintiffs, such as Ms. Hanlon and Ms. Gardner, with urgent needs and proper standing.

5. This motion and the proposed amicus brief (filed contemporaneously herewith) are timely. The seven-day period for Ms. Hanlon and Ms. Gardner to file an amicus brief runs from the date the State of Ohio's "principal brief . . . is filed." *See* Fed. R. App. P. 29(a)(6). But the Court has not yet issued a briefing schedule.[1] Thus, the seven-day period has not yet begun to run.

---

[1] *Cf.* Fed. R. App. P. 21(b)(5) ("If briefing or oral argument is required, the clerk must advise the parties, and when appropriate, the trial-court judge or amicus curiae.").

For these reasons, the Court should grant Ms. Hanlon and Ms. Gardner's motion for leave and consider the arguments they raise in their amicus brief.

Dated: September 25, 2019　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Scott R. Bickford
　　　　　　　　　　　　　　　　Scott R. Bickford
　　　　　　　　　　　　　　　　MARTZELL, BICKFORD & CENTOLA
　　　　　　　　　　　　　　　　338 Lafayette St.
　　　　　　　　　　　　　　　　New Orleans, LA  70130
　　　　　　　　　　　　　　　　Tel: 504-581-9065
　　　　　　　　　　　　　　　　Fax: 504-581-7635
　　　　　　　　　　　　　　　　Email: SRB@MBfirm.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 25th day of September, 2019, by email to:

>Jonathan Blanton
>Deputy Attorney General for Major Litigation
>Jonathan.Blanton@ohioattorneygeneral.gov
>Counsel for Petitioner State of Ohio
>
>Christopher J. Walker
>christopher.j.walker@gmail.com
>Counsel for Amicus Curiae The Chamber of Commerce of the United States of America
>
>Ann M. Sherman
>Deputy Solicitor General of Michigan
>shemana@michigan.gov
>Counsel for Amicus Curiae State of Michigan and on
>Behalf of Amici Curiae States of Alaska, Arizona, Connecticut, District of Columbia, Hawaii, Indiana, Kansas, Montana, North Dakota, Nebraska, South Dakota, Tennessee, and Texas

>/s/ Scott R. Bickford
>Scott R. Bickford