No. 19-3827
# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| IN RE: STATE OF OHIO | : : | United States District Court for the Northern District of Ohio Eastern Division |
| [COUNTY OF SUMMIT, OHIO, ET AL., VS. PURDUE PHARMA, L.P., ET AL.] | : : : | District Court Case Nos. |
| [CUYAHOGA COUNTY V. PURDUE PHARMA, ET AL.] {RELATES TO: NATIONAL PRESCRIPTION OPIATE LITIGATION} | : : : : | 1:18-op-45090 1:17-op-45004 [relates to: 1:17-md-02804] |

## MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF PETITION FOR WRIT OF MANDAMUS

CHARLES MILLER
Office Counsel
BENJAMIN M. FLOWERS
Ohio Solicitor General
MICHAEL HENDERSHOT
Chief Deputy Solicitor General
SAMUEL PETERSON
Deputy Solicitor General
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
614-728-1171

DAVE YOST
Ohio Attorney General

JONATHAN BLANTON*
Deputy Attorney General for
Major Litigation
  *Counsel of Record
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
614-728-1171
Jonathan.Blanton@ohioattorney
   general.gov

*Counsel for the State of Ohio*

# MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF PETITION FOR WRIT OF MANDAMUS

The State of Ohio hereby moves for leave to file a reply brief in support of its mandamus petition.

Courts of Appeals regularly grant leave to file reply briefs in support of mandamus petitions. *See, e.g., EEOC v. K-Mart Corp.*, 694 F.2d 1055, 1060 (6th Cir. 1982) (citing reply brief); *In re Viskase Corp.*, 954 F.2d 732, at *1 (4th Cir. 1991) (granting leave to file reply brief); *In re Rambus Inc.*, 115 F. App'x at 440 (same); *Hall v. White, Getgey, Meyer Co., LPA*, 465 F.3d 587, 591 (5th Cir. 2006) (same). A short reply is justified here, given the importance of the legal issues at stake and the need to respond to the legal and factual representations contained in the responses filed by the Counties and the District Court Judge.

Thus, the State of Ohio respectfully requests leave to file its proposed reply.

Respectfully submitted,

| | |
|---|---|
| CHARLES MILLER<br>Office Counsel<br>BENJAMIN M. FLOWERS<br>Ohio Solicitor General<br>MICHAEL HENDERSHOT<br>Chief Deputy Solicitor General<br>SAMUEL PETERSON<br>Deputy Solicitor General<br>30 East Broad Street, 17th Floor<br>Columbus, Ohio 43215<br>614-728-1171 | DAVE YOST<br>Ohio Attorney General<br><br>*/s/s Jonathan Blanton*<br>JONATHAN BLANTON*<br>Deputy Attorney General for<br>Major Litigation<br>  **Counsel of Record*<br>30 East Broad Street, 17th Floor<br>Columbus, Ohio 43215<br>614-728-1171<br>Jonathan.Blanton@ohioattorney<br>    general.gov |

*Counsel for the State of Ohio*

# CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2019, the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. I further certify that a copy of the foregoing has been served via United States First Class Mail upon the following:

Hon. Dan Aaron Polster
Carl B. Stokes Court House
801 West Superior Avenue,
Courtroom 18B
Cleveland, OH 44113-1837
Email: Polster_Chambers@
 ohnd.uscourts.gov

Sarah Carroll
Attorney, Appellate Staff
Civil Division, Room 7511
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington D.C. 20530
Email: sarah.w.carroll@usdoj.gov

    */s/ Jonathan Blanton*
    JONATHAN BLANTON